```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
――――――――――――――――――――――――――――――――――――

**DIANE FRANKLIN,**

              Plaintiff,          18-cv-6436 (JGK)

     - against -             <u>ORDER</u>

**NYCT-MTA,**

              Defendant.

――――――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The case is referred to Magistrate Judge Wang for general pretrial matters.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **April 17, 2020**        _____/s/ John G. Koeltl_____
                                                    **John G. Koeltl**
                                      **United States District Judge**