UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DIANE FRANKLIN,

       Plaintiff,

       -against-

NYCT-MTA,

       Defendant.
------------------------------------------------------------x

18-cv-6436 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties appeared for a conference on July 16, 2020. The parties have one final extension until **August 14, 2020** to submit their Rule 26(f) report. Plaintiff shall meet and confer with Defendant directly if she does not obtain counsel. Further, going forward, Defendant is directed to file all communications with the Court on CM/ECF.

**SO ORDERED.**

Dated: July 20, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge