**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DIANE FRANKLIN,

       Plaintiff,

       -against-

NYCT-MTA,

       Defendant.
------------------------------------------------------------x

18-cv-6436 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court hereby reschedules the September 22, 2020 Status Conference to **Wednesday, September 30, 2020 at 11:00 a.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Dated: September 16, 2020
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge