UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DIANE FRANKLIN,                                          ,

        Plaintiff,         18-cv-6436 (JGK) (OTW)

        -against-         **ORDER**

NYCT-MTA,

        Defendant.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties appeared for a status conference on September 30, 2020. Defendant is directed to submit a joint status letter on **October 30, 2020**. The joint status letter shall include information on: 1) what has been done in discovery, 2) what remains in discovery, and 3) if the parties request a settlement conference.

There are the following resources for pro se litigants: the Southern District of New York's Pro Se Office, (212) 905-0175, and the New York Legal Assistance Group (NYLAG), (929) 356-9582.

Defendant is directed to order a copy of the October 30, 2020 transcript and serve a copy on the *pro se* Plaintiff. Defendant may email info@sdreporters.com.

**SO ORDERED.**

                                                *s/ Ona T. Wang*
Dated: September 30, 2020                **Ona T. Wang**
       New York, New York             United States Magistrate Judge