**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DIANE FRANKLIN,                                    ,

        Plaintiff,                    18-CV-6436 (JGK) (OTW)

        -against-                    **ORDER**

NYCT-MTA,

        Defendant.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of a joint letter requesting a discovery extension from December 10, 2020 to January 31, 2021. (ECF 45). The request is **DENIED**.

Discovery has been pending since July 2020 with no apparent progress by either party.

Defendant has failed to: timely file a Rule 26 report[1], produce any documents[2], and electronically file documents[3]. Moreover, Defendant has failed to order the transcript of the September 30, 2020 conference transcript and provide a copy to the Plaintiff. (ECF 44). Defendant is directed to contact the Southern District Reporters at https://sdreporters.com/. If Defendant does not order the transcript within seven days of this Order, it may be sanctioned under the Court's inherent powers and/or 28 U.S.C. § 1927.

Plaintiff, on her part, has also caused considerable delay by seeking (and obtaining) multiple adjournments on the vague proposition that she may obtain counsel. *See, e.g.*, ECF 27,

---

[1] *See* ECF 35 (failing to timely file the Rule 26(f) report).
[2] *See* ECF 45 (despite discovery pending since July 2020, the Defendant has failed to produce any documents to Plaintiff).
[3] *See* ECF 39 (emailing Chambers instead of filing on the docket).

36, 40. To date, no counsel has entered an appearance on behalf of Plaintiff, and she remains *pro se*. Counsel may enter an appearance at any time, but the Court will not grant any further extensions contingent on that event. If *pro se* Plaintiff refuses to cooperate in discovery she may risk a recommendation of dismissal of her action for failure to prosecute.

The parties have not shown diligence, and thus their joint request for an extension is denied. **Fact discovery shall be completed by December 10, 2020.** The parties are directed to submit a joint status letter on **December 10, 2020** and to appear for a post-fact discovery conference on **December 15, 2020 at 10:30 am**. Dial in (866) 390-1828, access code 1582687.

The Clerk of Court is directed to close ECF 45.

**SO ORDERED.**

Dated: November 4, 2020  
New York, New York

        *s/ Ona T. Wang*  
        **Ona T. Wang**  
        United States Magistrate Judge