UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE FRANKLIN,

            Plaintiff,

- against -

DOE, ET AL.,

            Defendant.

18 CV 6436 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Because this case has been referred to the Magistrate Judge for general pretrial matters and Magistrate Judge Wang has issued an appropriate Order, this Court cancels its Order dated November 20, 2020. ECF No. 52. The Clerk is directed to strike Docket No. 52 from the docket.

    SO ORDERED.

Dated:    New York, New York
            November 23, 2020

                                              John G. Koeltl
                                      United States District Judge