**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DIANE FRANKLIN,

        Plaintiff,　　　　　　　　　　　　　　18-CV-6436 (JGK) (OTW)

        -against-　　　　　　　　　　　　　　**ORDER**

NYCT-MTA,

        Defendant.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On December 1, 2020, I set March 12, 2021 as the close of discovery. (ECF 63 at 11).

Accordingly, the parties are directed to appear for a post-discovery status conference on **March 17, 2021 at 10:30 am**. Dial-in (866) 390-1828, access code 1582687. Joint status letter due **March 15, 2021.**

SO ORDERED.

_s/ Ona T. Wang_

Dated: March 5, 2021　　　　　　　　　　　　　　**Ona T. Wang**
　　　　New York, New York　　　　　　　　　　United States Magistrate Judge