UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DIANE FRANKLIN,

        Plaintiff,

      -against-

NYCT-MTA,

        Defendant.
------------------------------------------------------------x

18-CV-6436 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Discovery is completed in this action. (ECF 68). Defendant has filed a pre-motion conference letter, addressed to the District Judge, for leave to move for summary judgment. (ECF 72). Accordingly, the March 24, 2021 post-discovery status conference is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: March 19, 2021
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge