UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE FRANKLIN,

      Plaintiff,

  - against -

NYCT-MTA,

      Defendant.

18-cv-6436 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

  The parties are directed to provide a status update by June 30, 2021.

  SO ORDERED.

Dated: New York, New York
    June 23, 2021

          /s/ John G. Koeltl
          John G. Koeltl
         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/23/2021

1