**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**DIANE FRANKLIN,**

                Plaintiff,                    18 **CIVIL** 6436 (JGK)

         -against-                    **JUDGMENT**

**NEW YORK CITY TRANSIT AUTHORITY**
**METROPOLITAN TRANSPORTATION**
**AUTHORITY,**

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated October 8, 2021, the defendant's motion for summary judgment is granted, and this case is dismissed; accordingly, this case is closed**.**

**Dated:**  New York, New York
          October 12, 2021

                                                           **RUBY J. KRAJICK**
                                                            Clerk of Court
                                      **BY:**
                                                              **Deputy Clerk**